**Ted Aaron McCRACKEN,
Plaintiff—Appellant,**

v.

**Joseph M. NATALE, Defendant—
Appellee,**

and

**John Doe, Defendant.**

No. 05–1200.

United States Court of Appeals,
Fourth Circuit.

Submitted July 29, 2005.

Decided Aug. 8, 2005.

Ted Aaron McCracken, Appellant Pro
Se. Robert C. Ekstrand, Ekstrand & Ekst-
rand, L.L.P., Durham, North Carolina, for
Appellee.

Before NIEMEYER and WILLIAMS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Ted Aaron McCracken appeals the
district court's order accepting the rec-
ommendation of the magistrate judge
granting defendant Natale's motion for
summary judgment, and imposing sanc-
tions under Fed.R.Civ.P. 11. We have
reviewed the record and find no revers-
ible error. Accordingly, we affirm on
the reasoning of the district court. *See
McCracken v. Natale*, No. CA–04–50–5
(E.D.N.C. Dec. 2, 2004). We dispense
with oral argument because the facts
and legal contentions are adequately
presented in the materials before the
court and argument would not aid the
decisional process.

*AFFIRMED.*